■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON SILVELS, JR., Appellant. [643 NYS2d 1006]

The defendant's challenges to the jury instructions are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Jones,* 55 NY2d 771, 773; *People v Wynn,* 200 AD2d 645, 646). In any event, the charge as a whole properly instructed the

jury regarding the burden of proof and the concept of reasonable doubt *(see, People v Benjamin,* 210 AD2d 418, 419).

Moreover, the sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Rosenblatt, Ritter and Copertino, JJ., concur.